# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2663 | **DATE** | July 9, 2008 |
| **CASE TITLE** | U.S. ex rel. Bobby Ford (N-20126) v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner has filed a 28 U.S.C. § 2254 petition and has paid the $5.00 filng fee. [4]  Respondent is ordered to answer the petition or otherwise plead within 30 days from the date this order is entered on the docket.

■ [For further details see text below.]  Docketing to mail notices.

## STATEMENT

  Petitioner Bobby Ford (N-20126), currently in custody at Stateville Correctional Center, has filed a petiton for habeas corpus relief pursuant to 28 U.S.C. § 2254.  He raises challenges his 2004 guilty plea to robbery and his sentence for that offense.  Petitioner has paid the $5.00 filing fee.

  Respondent is ordered to answer the petition or otherwise plead within thirty days from the date this order is entered on the clerk's docket.

  Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of Prisoner Correspondence.  Petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed.  In addition, the petitioner must send an exact copy of any court filing to the Chief of the Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601.  Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing.  Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

isk