**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States ex rel. Bobby Ford v. Terry McCann | 08 C 2663 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent Terry McCann

| | |
|---|---|
| NAME (Type or print) | |
| | Leah C. Myers |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | s/Leah C. Myers |
| FIRM | |
| | Illinois Attorney General's Office |
| STREET ADDRESS | 100 W. Randolph Street, 12th Floor |
| CITY/STATE/ZIP | |
| | Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL 6278107 | 312-814-5029 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒x | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒x |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒x |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐