IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  BOBBY FORD, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 2663 |
| TERRY McCANN, Warden,<br>  Stateville Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Rebecca R. Pallmeyer,<br>Judge Presiding. |
| Respondent. | ) | |

## MOTION FOR EXTENSION OF TIME

Respondent, Terry McCann, through his attorney, LISA MADIGAN, Attorney General of Illinois, hereby moves this Honorable Court for a thirty-day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from August 11, 2008, to and including September 10, 2008.

An affidavit in support of this motion is attached hereto.

                                              Respectfully submitted,

                                              LISA MADIGAN
                                              Attorney General of Illinois

By:    <u>s/ Leah C. Myers</u>
           LEAH C. MYERS, Bar #6278107
           Assistant Attorney General
           100 West Randolph Street, 12th Floor
           Chicago, Illinois 60601
           PHONE: (312) 814-5029
           FAX: (312) 814-2253
           E-MAIL: lmyers@atg.state.il.us

State of Illinois    )
                     ) SS.
County of Cook       )

## AFFIDAVIT

LEAH C. MYERS, being first duly sworn upon oath, deposes and states as follows:

1. I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2. Respondent's response to the instant federal habeas corpus petition is currently due to be filed on or before August 11, 2008.

3. Despite due diligence, I will be unable to file respondent's answer on or before August 11, 2008.

4. This Court received petitioner's habeas corpus petition on May 8, 2008.

5. On July 9, 2008, this Court ordered respondent to answer or otherwise plead to the petition within 30 days of the order's entry on the docket, which occurred July 10, 2008. This 30-day deadline falls on August 9, 2008, a Saturday, so that the actual deadline is Monday, August 11, 2008. Fed. R. Civ. P. 6(a).

6. I was assigned to this matter on July 14, 2008.

7. This morning, August 4, 2008, I believe I just received the last document of state court materials necessary for filing an informed response to the instant petition, specifically concerning the timeliness and exhausted or unexhausted nature of his federal habeas claims.

8. In addition, since July 14, 2008, I have been busy attending to the following matters: preparation of the reply brief for the U.S. Court of Appeals, Seventh Circuit, in *Johnson v. Acevedo*, No. 08-1731; and, pursuant to supervisory duties, editing of petitions for leave to appeal for the Illinois Supreme Court in *People v. Louis E. Gulley*, *People v. Perry Alberts*, and *People v. Shannon Garry*.

9. Additionally, affiant was out of the office July 15-16, 2008 (minor medical procedure in hospital), the afternoon of July 17, all day July 18 (long-planned vacation), and all day August 1 (personal day).

10. That this is respondent's first request for an extension of time in this matter.

11. That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

12. That respondent respectfully request that this Honorable Court grant his thirty-day motion for an extension of time to and including September 10, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.


                                        s/ Leah C. Myers
                                        LEAH C. MYERS

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>　BOBBY FORD,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>TERRY McCANN, Warden,<br>　Stateville Correctional Center,<br><br>　　　　　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 08 C 2663<br><br>The Honorable<br>Rebecca R. Pallmeyer,<br>Judge Presiding. |

## CERTIFICATE OF SERVICE

　　I hereby certify that on August 4, 2008, I presented the attached **Motion for Extension of Time** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

　　Bobby Ford, #N20126
　　Stateville Correctional Center
　　Route 53
　　P.O. Box 112
　　Joliet, Illinois 60434.

　　　　　　　　　　　　　　　　LISA MADIGAN
　　　　　　　　　　　　　　　　Attorney General of Illinois

　　　　　　　　　　　　　By:　s/ Leah C. Myers
　　　　　　　　　　　　　　　　LEAH C. MYERS, Bar #6278107
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　100 West Randolph Street, 12th Floor
　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　PHONE: (312) 814-5029
　　　　　　　　　　　　　　　　FAX: (312) 814-2253
　　　　　　　　　　　　　　　　E-MAIL: lmyers@atg.state.il.us