IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
| BOBBY FORD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 2663 |
| | ) | |
| TERRY McCANN, Warden, | ) | The Honorable |
| Stateville Correctional Center, | ) | Rebecca R. Pallmeyer, |
| | ) | Judge Presiding. |
| Respondent. | ) | |

## NOTICE OF MOTION

On Tuesday August 12, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in room 2119, the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion for Extension of Time**.

LISA MADIGAN
Attorney General of Illinois

By:   s/ Leah C. Myers
LEAH C. MYERS, Bar #6278107
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
PHONE: (312) 814-5029
FAX: (312) 814-2253
E-MAIL: lmyers@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  BOBBY FORD, | ) | |
| | ) | |
|              Petitioner, | ) | |
| | ) | |
|                   v. | ) | No. 08 C 2663 |
| | ) | |
| TERRY McCANN, Warden, | ) | The Honorable |
|   Stateville Correctional Center, | ) | Rebecca R. Pallmeyer, |
| | ) | Judge Presiding. |
|              Respondent. | ) | |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on August 4, 2008, I presented the **Notice of Motion for Extension of Time** to the Clerk of the Court for filing and uploading, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Bobby Ford, #N20126
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

LISA MADIGAN
Attorney General of Illinois

By:    s/ Leah C. Myers
LEAH C. MYERS, Bar #6278107
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
PHONE: (312) 814-5029
FAX: (312) 814-2253
E-MAIL: lmyers@atg.state.il.us