IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel. BOBBY FORD, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 2663 |
| TERRY McCANN, Warden, Stateville Correctional Center, | ) ) ) | The Honorable Rebecca R. Pallmeyer, Judge Presiding. |
| Respondent. | ) | |

## NOTICE OF MOTION

On Tuesday, September 16, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in room 2119, the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion to Dismiss Petition as Time-Barred**.

                                            LISA MADIGAN
                                            Attorney General of Illinois

                          By:    s/ Leah C. Myers
                                  LEAH C. MYERS, Bar #6278107
                                  Assistant Attorney General
                                  100 West Randolph Street, 12th Floor
                                  Chicago, Illinois 60601
                                  PHONE: (312) 814-5029
                                  FAX: (312) 814-2253
                                  E-MAIL: lmyers@atg.state.il.us

# CERTIFICATE OF SERVICE

I certify that on September 9, 2008, I electronically filed respondent's **Notice of Motion to Dismiss Petition as Time-Barred** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of the document via the United States Postal Service to the following non-CM/ECF user:

Bobby Ford, #N20126
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

                                                    LISA MADIGAN
                                                    Attorney General of Illinois

By:    s/ Leah C. Myers
          LEAH C. MYERS, Bar #6278107
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601
          PHONE: (312) 814-5029
          FAX: (312) 814-2253
          E-MAIL: lmyers@atg.state.il.us